Argued July 22, affirmed August 17, 1977

ELLIOTT, *Petitioner,*
*v.*
EMPLOYMENT DIVISION et al, *Respondents.*
(No. 77-S-165, CA 8132)

567 P2d 621

Laurie K. Smith, Eugene, arged the cause for petitioner. With her on the brief were J. Kenneth Jones, Frye, Speer & Smith, Eugene.

Merrill G. Emerick, Portland, argued the cause for respondent U. S. Railway Manufacturing Co., a subsidiary of Evans Products Co., a corporation. With him on the brief were Susan E. Ertle and Phillips, Coughlin, Buell, Stoloff & Black, Portland.

No appearance for respondent Employment Division.

Before Schwab, Chief Judge, and Thornton and Johnson, Judges.

PER CURIAM.

## PER CURIAM.

In this unemployment compensation case claimant was not allowed certain benefits on the ground that he had left his employment voluntarily without good cause. ORS 657.176(2)(c). The Employment Appeals Board affirmed the disallowance by the Employment Division and the referee.

Claimant contends that two of the nine findings of fact made by the Employment Appeals Board in arriving at its decision were not supported by substantial evidence. While the evidence as to these two findings was somewhat ambiguous and might well have resulted in findings contrary to those made by the Board, the evidence supporting these findings was sufficient to make fact questions.

Affirmed.